## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| YASSIR HASSAN, | : | CIVIL ACTION |
| Petitioner | : | |
| | : | |
| v. | : | NO. 05-757 |
| | : | |
| ROBERT J. MALVESTUTO, et al, | : | |
| Respondents | : | |

### O R D E R

**STENGEL, J.**

**AND NOW**, this 18th day of August, 2005, upon careful and independent consideration of the petition for a writ of *habeas corpus*, and after review of the Report and Recommendation of Chief United States Magistrate Judge M. Faith Angell, and Petitioner's Objections thereto, IT IS HEREBY ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED.

2. Petitioner's Objections are OVERRULED.

3. The petition for writ of *habeas corpus* is DISMISSED with prejudice as untimely.

4. There is no probable cause to issue a certificate of appealability.

5. The Clerk of the Court shall mark this case closed for all purposes.

BY THE COURT:

    /s/ Lawrence F. Stengel
LAWRENCE F. STENGEL, J.